UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
IN RE WORLD TRADE CENTER LOWER         :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION     :
                                                                   :
                                                                   :
-------------------------------------------------------------------X
ANTONIO COLLAZOS AND NOHEMI            :  07-CV-04461-AKH
COLLAZOS,                                                 :
                                                                   :
                                        Plaintiffs,    :  **APPEARANCE**
                                                                   :
    - against -                                            :
                                                                   :  **ELECTRONICALLY FILED**
90 CHURCH STREET LIMITED                   :
PARTNERSHIP, *et al.*,                              :
                                                                   :
                                        Defendants.  :
-------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York                DICKSTEIN SHAPIRO LLP
       October 3, 2007
                                         By:     /s/ Judith R. Cohen
                                         _____
                                         Judith R. Cohen (JC-8614)
                                         1177 Avenue of the Americas
                                         New York, New York 10036
                                         Phone: (212) 277-6500
                                         Fax: (212) 277-6501

                                         *Attorney for Defendant*
                                         MERRILL LYNCH & CO., INC.


DOCSNY-271417v01